NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**ADA SOLUTIONS, INC.,**
*Appellant*

**v.**

**ENGINEERED PLASTICS, INC.,**
*Appellee*

———————————

2016-1385

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/001,775.

———————————

**JUDGMENT**

———————————

ASHLEY BOLAND SUMMER, Nelson Mullins Riley & Scarborough, LLP, Greenville, SC, argued for appellant. Also represented by NEIL C. JONES.

PHILIP C. SWAIN, Foley Hoag LLP, Boston, MA, argued for appellee. Also represented by STEPHEN T. BYCHOWSKI.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN, O'MALLEY, and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


January 27, 2017            /s/ Peter R. Marksteiner
Date                        Peter R. Marksteiner
                            Clerk of Court